SCWC-11-0001026

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

EDMUND C. OLSON, Trustee of the Edmund C. Olson Trust No. 2,
u/a dated August 21, 1985, Respondent/Plaintiff-Appellee,
v.
HAN PHUA, Respondent/Defendant-Appellant
and
ABEL LUI and all persons claiming by, through and under him and
acting in concert with him; Petitioner/Defendant-Appellee
and
DAVID SCHLESINGER; SHELLEY STEPHENS MAHI;
Respondents/Defendants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0001026; CIV. NO. 3RC11-1-195K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellee Abel Simeona Lui's

application for writ of certiorari filed on February 11, 2013, is

hereby rejected.

DATED:  Honolulu, Hawai'i, March 28, 2013.

Abel Simeona Lui,                    /s/ Mark E. Recktenwald
petitioner, pro se

                                     /s/ Paula A. Nakayama
Paul Alston & Pamela W. Bunn
for respondent                       /s/ Simeon R. Acoba, Jr.

                                     /s/ Sabrina S. McKenna

                                     /s/ Richard W. Pollack

